# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304            Tel: (201) 343-4040
Hackensack, New Jersey 07601          Fax: (201)-488-5788

**STANLEY W. LOW**                                    **RUSSELL L. LOW**
                                                          russell@lowbankruptcy.com

April 4, 2024

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

**Re: 24-13157-SLM, Eddie Vasquez**

Dear Honorable Meisel,

       This letter shall serve as a request for Withdrawal of Doc. 16, Debtor's Certification in Support of Motion to Impose Automatic Stay.

       Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**