**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on April 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Eddie Vasquez | : | CHAPTER 13 |
| | : | CASE NO. 24-13157 |
| | : | HONORABLE JOHN K. SHERWOOD |
| Debtor | : | HEARING:  04/11/24 at 10:00 a.m. |

## BRIDGE ORDER IMPOSING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 5, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**THIS MATTER** having been filed by the debtor, Eddie Vasquez, by and through his counsel, Russell L. Low, Esq., by *Motion to Extend the Impose Stay to M&T Bank and all Creditors* ("**Motion**") (Docket No. 11); it is hereby:

**ORDERED** that the automatic stay shall be in force and effect as to all creditors pending adjudication of this Motion until April 11, 2024; and

**ORDERED** that the Debtor's counsel must submit supplemental pleadings in support of the imposition of the automatic stay and application of the redemption period by the close of business on April 9, 2024; and

**ORDERED** that Creditor's Counsel's responses to the supplemental pleadings are due by close of business on April 10, 2024.