UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
RUSSELL L. LOW, ESQ. -4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ  07601
201-343-4040
Attorney for Debtor

In re:
    Eddie Vasquez

Case No.: 24-13157

Chapter: 13

Adv. No.:

Hearing Date:

Judge: JKS

# CERTIFICATION OF SERVICE

1. I, __Russell L. Low, Esq.__ :
   - ☑ represent ___the debtor___ in the this matter.
   - ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.
   - ☐ am the _____ in the this case and am representing myself.

2. On __April 4, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for Retention of Realtor, Esmeralda Martinez

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __April 4, 2024__                    /s/ Russell L. Low
                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| M & T BANK<br>ATTN: BANKRUPTCY<br>PO BOX 844<br>BUFFALO, NY 14240 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CW Nexus Credit Card Holdings l, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ER Home Group<br>24 Oakland Avenue<br>Caldwell NJ 07006 | Third Party Purchaser | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Internal Revenue Services<br>Special Processing Branch | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail |

| Address | Type | Service Method |
|---|---|---|
| PO Box 724<br>Springfield, NJ 07081 | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Navient Solutions, LLC. on behalf of Ascendium Education Solutions Inc<br>PO BOX 8961<br>Madison, WI 53708-8961 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o CAPITAL ONE BANK (USA), N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o Capital One, N.a.<br>POB 41067<br>Norfolk VA 23541 | Unseccured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o Capital One Bank (usa), N.a.<br>POB 41067<br>Norfolk VA 23541 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Quantum3 Group LLC as agent for Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

rev. 8/1/15

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| Portfolio Recovery Associates, LLC<br>c/o The Bank Of Missouri<br>POB 41067<br>Norfolk VA 23541 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Honorable John K. Sherwood<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3D | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | Office os US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Esmeralda Martinez<br>Lim Bances Realty<br>715 Mountain Ave<br>Springfield, NJ 07081 | Debtor's Realtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ  07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eddie Vasquez<br>212 61st Street, Apt. 1<br>West New York NJ 07093 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*