**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main St., Suite 304**
**Hackensack, NJ 07601**
**201-343-4040 Phone**
**201-880-4010 Fax**
**Attorneys for Debtors**

_____

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Eddie Vasquez | : | CHAPTER 13 |
| | : | SLM |
| Debtor(s) | : | CASE NO. 24-13157 |
| | : | Hearing Date: 04/11/2024 at 10:00 a.m. |

_____

**DEBTOR'S SUPPLEMENTAL CERTIFICATION**
_____

I, Eddie Vasquez, hereby certify the following:

1. I initially filed this case *Pro Se* on March 27, 2024 however because this is my third case within the same year , my property at 212 61st Street West New York, NJ 07093 was subsequently sold at sheriff's sale in Hudson County on March 28, 2024.

2. I listed my property for sale for $825,000.00 on April 1, 2024 and there have already been inquiries from potential buyers and I already have showings scheduled for April 5, 2024.

3. The CMA provided by my realtor shows there were several properties sold within the last several months within the price range of $825,000, which makes it evident that the sale of my property is promising.

4. My mortgage with M&T Bank is approximately $420,000.00.

5. Therefore, there is approximately $405,000.00 in equity which is more than enough to cover the mortgage payoff and my unsecured debts, including priority claims, which are minimal (approximately $15,000 total according to the claims filed in the previous chapter 13).

6. I fully understand and acknowledge that my property must be sold within the 60-day time frame after the sheriff's sale.

7. Therefore, I am respectfully requesting that the automatic stay be imposed so I may move forward with the sale of the property and close on the sale within the 60-day time frame following the sheriff's sale.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date: <u>April 5, 2024</u>                    <u>/s/ Eddie Vasquez</u>
                                              **Eddie Vasquez**
                                              Debtor