**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey   07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on April 5, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | | DISTRICT OF NEW JERSEY |
| Eddie Vasquez | : | CHAPTER 13 |
| | : | CASE NO. 24-13157 |
| | : | HONORABLE JOHN K. SHERWOOD |
| Debtor | : | HEARING:  04/11/24 at 10:00 a.m. |

## <u>BRIDGE ORDER IMPOSING AUTOMATIC STAY</u>

The relief set forth on the following page is hereby ORDERED.

**DATED: April 5, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**THIS  MATTER** having been filed by the debtor, EddieVasquez, by and through his counsel, Russell L. Low, Esq., by *Motion to Extend the Impose Stay to M&T Bank and all Creditors* ("**Motion**") (Docket No. 11); it is hereby:

**ORDERED** that the automatic stay shall be in force and effect as to all creditors pending adjudication of this Motion until April 11, 2024; and

**ORDERED** that the Debtor's counsel must submit supplemental pleadings in support of the imposition of the automatic stay and application of the redemption period by the close of business on April 9, 2024; and

**ORDERED** that Creditor's Counsel's responses to the supplemental pleadings are due by close of  business on April 10, 2024.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 24-13157-JKS

Eddie Vasquez                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 05, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: es191292@aol.com | Apr 05 2024 20:59:00 | Eddie Vasquez, 212 61st Street, West New York, NJ 07093-6199 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Eddie Vasquez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4