# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                                                                    Tel: (201) 343-4040
Hackensack, New Jersey 07601                                                                          Fax: (201)-488-5788

**STANLEY W. LOW**                                                                                              **RUSSELL L. LOW**
                                                                                                                            russell@lowbankruptcy.com

April 15, 2024

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

**Re: 24-13157-JKS, Eddie Vasquez**

Dear Honorable Sherwood,

     This letter shall serve as a request for Withdrawal of Doc. 11, Motion to Impose Automatic Stay.

     Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**