| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>RUSSELL L. LOW, ESQ. - 4745<br>LOW & LOW, LLC<br>505 MAIN ST., SUITE 304<br>HACKENSACK, NJ 07601<br>201-343-4040<br>Attorney for Debtor<br><br>In Re:<br>Eddie Vasquez | Case No.:     24-13157<br><br>Chapter:     13<br><br>Hearing Date:     04/11/24<br><br>Judge:     JKS |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Doc. 11, Motion to Impose Automatic Stay.

_____

Date: 04/15/2024                         /s/ Russell L. Low
                                                                Signature

*rev.8/1/15*