**Order Filed on April 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**EDDIE VASQUEZ,**<br><br>Debtor. | Case No.:     24-13157<br>Chapter:      13<br>Judge:        John K. Sherwood<br>Hearing Date: April 11, 2024 |

### ORDER RE: MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 18, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:       Eddie Vasquez
Case No.:     24-13157
Caption of Order: **ORDER RE: MOTION TO IMPOSE THE AUTOMATIC STAY**

---

**UPON** consideration of the Motion to Impose the Automatic Stay filed by Eddie Vasquez (the "Debtor") on April 3, 2024 [ECF No. 11] and the Bridge Order Imposing the Automatic Stay until April 11, 2024, pending adjudication of the Motion [ECF No. 22];

**AND** in light of the Debtor's Withdrawal of the Motion to Impose the Automatic Stay filed on April 15, 2024 [ECF No. 27];

It is hereby **ORDERED** that:

1. The Debtor's Motion to Impose the Automatic Stay is moot; and

2. The temporary automatic stay which the Court imposed in the Bridge Order is terminated immediately.