Order Filed on April 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 24-13157 |
|---|---|---|---|
| **EDDIE VASQUEZ,** | | Chapter: | 13 |
| | | Judge: | John K. Sherwood |
| | Debtor. | Hearing Date: | April 11, 2024 |

### ORDER RE: MOTION TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 18, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:       Eddie Vasquez
Case No.:    24-13157
Caption of Order: **ORDER RE: MOTION TO IMPOSE THE AUTOMATIC STAY**

**UPON** consideration of the Motion to Impose the Automatic Stay filed by Eddie Vasquez (the "Debtor") on April 3, 2024 [ECF No. 11] and the Bridge Order Imposing the Automatic Stay until April 11, 2024, pending adjudication of the Motion [ECF No. 22];

**AND** in light of the Debtor's Withdrawal of the Motion to Impose the Automatic Stay filed on April 15, 2024 [ECF No. 27];

It is hereby **ORDERED** that:

1. The Debtor's Motion to Impose the Automatic Stay is moot; and

2. The temporary automatic stay which the Court imposed in the Bridge Order is terminated immediately.

United States Bankruptcy Court
District of New Jersey

In re:  
Eddie Vasquez  
Debtor

Case No. 24-13157-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 1
Date Rcvd: Apr 18, 2024 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: es191292@aol.com | Apr 18 2024 21:17:00 | Eddie Vasquez, 212 61st Street, West New York, NJ 07093-6199 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Eddie Vasquez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4